958

**Arthur L. YOUNKER, Plaintiff-Appellant,**

v.

**DISABLED AMERICAN VETERANS SERVICE FOUNDATION, Defendant-Appellee.**

**No. 133, Docket 23735.**

United States Court of Appeals Second Circuit.

Submitted Nov. 10, 1955.

Decided Dec. 6, 1955.

Reuben E. Gross, Staten Island, N. Y., for plaintiff-appellant.

Procter, Smith & Harding, New York City (Caleb A. Harding and Arthur W. Procter, New York City, of counsel), for defendant-appellee.

Before CLARK, Chief Judge, and LUMBARD and WATERMAN, Circuit Judges.

PER CURIAM.

There is nothing to distinguish this case from others involving this defendant's annual "Puzzle Contest of Skill," where the official rule binding contestants to the decision of defendant's Committee on Awards has been sustained. Accordingly the summary judgment herein is affirmed on the authority of Furgiele v. Disabled American Veterans Service Foundation, D.C.S.D.N.Y., 116 F.Supp. 375, affirmed, 2 Cir., 207 F.2d 957, and Judge Abruzzo's opinion below. 137 F.Supp. 407.

**ALABAMA BY-PRODUCTS CORPORATION, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 15537.**

United States Court of Appeals Fifth Circuit.

Jan. 19, 1956.

J. O. Screven, Jr., William Bew White, Birmingham, Ala., White, Bradley, Arant, All & Rose, Birmingham, Ala., of counsel, for appellant.

Morton K. Rothschild, Atty. Dept. of Justice, Washington, D. C., H. Brian Holland, Asst. Atty. Gen. Dept. of Justice, Ellis N. Slack, Sp. Asst. to Atty. Gen., Frank M. Johnson, Jr., U. S. Atty., Fred S. Weaver, Asst. U. S. Atty., Birmingham, Ala., Lee A. Jackson, Atty. Dept. of Justice, Washington, D. C., for appellee.

Before RIVES, JONES and BROWN, Circuit Judges.

PER CURIAM.

Appellant, frankly recognizing that the decisions of the Tax Court and of the First Circuit in Bangor & Aroostook Railroad Co. v. Commissioner, 16 T.C. 578, affirmed 193 F.2d 827, certiorari denied 343 U.S. 934, 72 S.Ct. 770, 96 L. Ed. 1342, stand in the way of a reversal, makes a well reasoned direct frontal attack upon those decisions. We are not, however, so clearly convinced that they are erroneous, as to be willing to put this Court in opposition to them. The issues have been well and adequately discussed in findings of fact and conclusions of law by the district court. Upon the authority of Bangor & Aroostook, supra, the judgment is

Affirmed.